# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:05CR241-C

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIE REESE, )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court on Defendant's Motion to Return Property under Rule of Criminal Procedure 41, filed February 12, 2007.

After careful review of the motion and case file, the undersigned finds that the United States Attorney should file an Answer responding to Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the United States Attorney has thirty (30) days from the filing of this Order to file a response to on Defendant's Motion to Return Property under Rule of Criminal Procedure 41.

Signed: April 4, 2007

Robert J. Conrad, Jr.
Chief United States District Judge