IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr241

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| WILLIE LEWIS REESE | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for bond pending determination of his motion to vacate, pursuant to 28 U.S.C. § 2255. (Doc. No. 45).

The defendant has not shown that the Bail Reform Act applies to cases under collateral review. Even if it did, the defendant has been found guilty and is serving a sentence for an offense described in subparagraph (A) of subsection (f)(1) of 18 U.S.C. § 3142, United States v. Dillard, 214 F.3d 88 (2d Cir. 2000) (§ 922(g) offense is a "crime of violence" for purposes of Bail Reform Act)), and has not satisfied the conditions of § 3143(a)(2). Accordingly, he is not eligible for release.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: August 4, 2008

Robert J. Conrad, Jr.
Chief United States District Judge