IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00241-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIE LEWIS REESE | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's Motion of Legally Innocent. (Doc. No. 65).

In the instant motion, the defendant claims that all federal crimes other than treason and counterfeiting are unconstitutional. However, he has not shown that the Court has jurisdiction to entertain his motion attacking his conviction which became final in 2010.[1] (Doc. No. 64: Mandate).

**IT IS, THEREFORE, ORDERED** that the defendant's Motion of Legally Innocent is **DISMISSED**. The Clerk's Office is directed to send a form-motion to vacate to the defendant with service of this Order.

Signed: March 9, 2016

Robert J. Conrad, Jr.
United States District Judge

---

[1] The Court's dismissed the defendant's previous motion to vacate pursuant to 28 U.S.C. § 2255. (Case No. 3:07-cv-507, Doc. No. 7: Order).